# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURTON DAY,<br><br>            Plaintiff,<br><br>      v.<br><br>WANDA KILLION, et al.,<br><br>            Defendants. | CASE NO. 1:13-cv-00432-AWI-SKO<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Doc. 3) |

   On April 22, 2013, Plaintiff Burton Day filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. *Id*.

   Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on April 22, 2013.

IT IS SO ORDERED.

Dated:   April 29, 2013

                                                SENIOR DISTRICT JUDGE

1